DEC/23/2008 Case 1:08-cv-23540-STBM Document 1 FAX No. Entered on FLSD Docket 12/23/2008 Page 1 of 16 P.002/031533

FILED by _____ D.C.
ELECTRONIC
DEC 23, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a/s/o CCT GLOBAL LOGISTICS CO.
    Plaintiff,

-vs-

CASE NO.:
**08-23540-CIV-ALTONAGA/BROWN**

MCL-MULTI CONTAINER LINE, INC. d/b/a TRANSPAC CARGOLINE, YANG MING LINES, LLC, WAYNE GATEWOOD d/b/a L&L TRUCKING COMPANY, LLC, and HIGHLANDER XPRESS, INC.

    Defendants,
_____/

## COMPLAINT

Plaintiff, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o CCT GLOBAL LOGISTICS CO., by and through undersigned counsel, hereby sues the defendants, MCL-MULTI CONTAINER LINE, INC. d/b/a TRANSPAC CARGOLINE, YANG MING LINES, LLC, L&L TRUCKING COMPANY, LLC, and HIGHLANDER XPRESS, INC., and alleges as follows:

    1.    This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and jurisdiction is proper under 28 U.S.C. §1333, 46 U.S.C. §30701, *et. seq.* (the "Carriage of Goods at Sea Act") and 49 U.S.C. § 14706 (the "Carmack Amendment").

    2.    Plaintiff Indemnity Insurance Company of North America ("Plaintiff"), as subrogee of CCT Global Logistics Company ("CCT"), is a Delaware corporation with its principal place of business in Philadelphia, Pennsylvania.

3. Defendant MCL-Multi Container Line, Inc. d/b/a Transpac Cargoline ("Transpac") is believed to be a foreign corporation, partnership, or other business entity doing business in the State of Florida.

4. Defendant Yang Ming Lines, LLC ("Yang Ming") is a foreign corporation, partnership, or other business entity engaged in business as an ocean carrier and doing business in the State of Florida.

5. Defendant, Wayne Gatewood d/b/a L&L Trucking Company, LLC ("L&L") is believed to be a foreign corporation, partnership, or other business entity with its principal place of business in Gardenia, California.

6. Defendant Highlander Xpress, Inc. ("Highlander") is believed to be a Florida corporation, partnership, or other business entity with its principal place of business in Miami, Florida.

7. Upon information and belief, CCT entered into or was the intended third party beneficiary of a contract of carriage with Transpac for a shipment of computer parts (the "Cargo") from Hong Kong, China to Miami, Florida through the port of Los Angeles, California. *See* house bill of lading attached hereto as "**Exhibit A**."

8. It is further believed Transpac, on its own behalf or through its agents, engaged Yang Ming as the ocean carrier, from Hong Kong, China to Miami, Florida, as evidenced by master bill of lading YMLUW301042796. *See* the Yang Ming master bill of lading attached hereto as "**Exhibit B**"; U.S. Dept. of Homeland Security Entry Summary Form 7501 attached hereto as "**Exhibit C**."

2

9. On or about December 1, 2007, CCT delivered or caused to be delivered the Cargo to Yang Ming in good order and condition, which Yang Ming received, accepted and agreed to transport.

10. Upon information and belief, L&L was engaged to transport the Cargo from Long Beach, California to Miami, Florida, pursuant to bill of lading HK2489. *See* the L&L bill of lading attached hereto as "**Exhibit D.**"

11. Upon information and belief, L&L engaged Highlander to transport the Cargo from Long Beach, California to Miami, Florida.

12. The Cargo was not delivered, and the above named defendants, jointly and severally, breached, failed, and violated their duties and obligations as common carriers and were otherwise at fault.

13. Plaintiff paid CCT for the loss pursuant to a contract of insurance NO122363A.

14. At all times material hereto, CCT was the consignee and/or the intended third party beneficiary of the various contracts of carriage heretofore alleged, and Plaintiff brings this action as subrogee, and on behalf of and for the interest of all parties who may be or become interested in the Cargo, as their respective interests may ultimately appear, and Plaintiff is entitled to maintain this action.

15. Plaintiff and/or CCT have duly performed all duties and obligations on its part to be performed.

16. Plaintiff has sustained damages in an amount exceeding $500,000 as nearly as same can be estimated, and no part of which has been paid by any defendant. Plaintiffs reserve the right to amend this amount at the time of trial.

## COUNT I

17.     Plaintiff realleges and incorporates paragraphs 1 through 16 as if fully set forth herein.

18.     Defendants contracted and agreed to transport and deliver the Cargo in good order and sound condition in consideration of payment of certain freight charges.  *See* **Exhibits A, B and D.**  The Defendants breached their contract by failing to deliver the Cargo.

19.     As a proximate result of the Defendants' breach the Plaintiff has been damaged in an amount in excess of $500,000 and such other amounts to be proved at trial.

## COUNT II

20.     Plaintiff realleges and incorporates paragraphs 1 through 19 as if fully set forth herein.

21.     CCT delivered exclusive possession of the Cargo to the Defendants, which they accepted and agreed to deliver to the consignee in the same good order and condition as when received.

22.     The Defendants failed to exercise the ordinary and reasonable care in the Cargo's transportation, and the Cargo was not delivered.

23.     As a proximate result of the Defendants' breach the Plaintiff has been damaged in an amount in excess of $500,000 and such other amounts to be proved at trial.

## COUNT III

24.     Plaintiff realleges and incorporates paragraphs 1 through 23 as if fully set forth herein.

4

25. Defendants had a duty to exercise reasonable care in the transportation of the Cargo and to safely deliver same to its consignee.

26. Defendants breached their duty by failing to deliver the Cargo.

27. As a proximate result of the Defendants' breach the Plaintiff has been damaged in an amount in excess of $500,000 and such other amounts to be proved at trial.

## COUNT IV

28. Plaintiff realleges and incorporates paragraphs 1 through 27 as if fully set forth herein.

29. The shipment and the bills of lading are governed by the Carriage of Goods at Sea Act ("COGSA").

30. Under COGSA, the defendants are liable to Plaintiff for failure to deliver the Cargo.

31. As a proximate result of the Defendants' non-delivery the Plaintiff has been damaged in an amount in excess of $500,000 and/or such other amounts to be proved at trial.

## COUNT V

32. Plaintiff realleges and incorporates paragraphs 1 through 31 as if fully set forth herein.

33. The shipment and the bills of lading are governed by the Carmack Amendment.

34. Under the Carmack Amendment, the defendants are liable to Plaintiff for failure to deliver the Cargo.

35. As a proximate result of the Defendants' non-delivery the Plaintiff has been damaged in an amount in excess of $500,000 and/or such other amounts to be proved at trial.

**WHEREFORE**, Plaintiff respectfully requests judgment be entered against the defendants, MCL-Multi Container Line, Inc. d/b/a Transpac Cargoline, Yang Ming Line, LLC, Wayne Gatewood d/b/a L&L Trucking, LLC, and Highlander Xpress, Inc., jointly and severally, in the amount of $500,000 and/or such other amounts as determined by this Court together with interest, costs, and such other relief as deemed just and proper.

Dated this 23rd of December, 2008.

Respectfully Submitted,

JENNIFER QUILDON MILLER
Florida Bar No.: 124656
**ROBERT B. BIRTHISEL**
Florida Bar No.: 906654
**JULES V. MASSEE**
Florida Bar No.: 0041554
Hamilton, Miller & Birthisel, LLP
100 S. Ashley Dr., Suite 1210
Tampa, Florida 33602
Telephone: 813.223.1900
Facsimile: 813.223.1933
rbirthisel@hamiltonmillerlaw.com

Consignor
D-LINK CHINA FACTORY
JIE KUO ZHUAN CHANG DISTRICT,
CHANG AN, DONGGUAN CITY,
GUANGDONG PROVINCE, CHINA



Consigned
D-LINK LATIN-AMERICA
OFFSHORE INCORPORATIONS (CAYMAN) LITI
OF SCOTIA CETNRE, 4TH FLOOR, P.O.B. 2804
GEORGE TOWN GRAND CAYMAN, CAYMAN ISLANDS
MR. OSCAR CASTELBLANCA

Notify Address
D-LINK LATIN-AMERICA
C/O CCT CORP
11250 NW 25TH ST, SUITE 124,
MIAMI, FL33172

## BILL OF LADING
FOR COMBINED TRANSPORT
OR PORT TO PORT SHIPMENT

B/L No. HKLAX712006

Transpac Cargo Line
5301 Blue Lagoon Drive
Suite 550
Miami, FL 33126
U.S.A

Subject to the Standard Conditions printed overleaf

| Precarriage by | Place of receipt | | |
|---|---|---|---|
| | HONG KONG | CY | |
| Ocean Vessel | Port of loading | | |
| YM FOUNTAIN \V.38E | HONG KONG | | |
| Port of discharge | Place of delivery | Freight payable at | No. of orig. B/L |
| LOS ANGELES, CA | LOS ANGELES, CA | DESTINATION | THREE (3) |

| Marks and nos | Number and kind of packages | Description of goods | Gross weight kg | Measurements |
|---|---|---|---|---|
| | 4x40' Cont. s.t.c. 6180 CARTONS SHIPPER'S LOAD & COUNT & SEAL | | 31,845.90 (Kg) | 208.720 (CBM) |

*FREIGHT COLLECT*

FULL PARTICULARS AS PER ATTACHED SHEET

SHIPPED ON BOARD
1st Dec, 2007



Total in Word : FOUR (4) CONTAINERS ONLY

## ORIGINAL
ACCORDING TO CONSIGNORS DECLARATION

*If filled in shipment will be treated as combined transport

| Container No. | Seal No. | Declared value (see clause 6.4.3 overleaf) |
|---|---|---|

Received and shipped in apparent good order and condition, unless otherwise noted herein. The goods and instructions are accepted and dealt with subject to the standard conditions printed overleaf and to which the merchant agrees by accepting this combined transport bill of lading.
One of these combined transport bills of lading must be surrendered in exchange for the goods. In witness whereof original combined transport bills of lading all of this tenor and date have been signed in the number stated above, one of which being accomplished, the other(s) to be void.

For release of the goods apply to:
CCT Global Logistics
11250 NW 25th Street Suite 114,
Miami Fl 33172

Tel : 305-468-3530 Fax : 305-436-8169

Freight and charges:
* FREIGHT AS ARRANGE *

Special remarks:

Place and date of issue:
HONG KONG 1st Dec, 2007
For and on behalf of
As agent(s) for FORWARDING (HK) LTD

AS AN AGENT FOR OR ON BEHALF OF THE CARRIER



EXHIBIT
A

```
House B/L No.  HKLAX712006              S/O No.:  SHK-DLK-461        Page :        1
Vessal :       YM FOUNTAIN              Voyage :  38E
Marks and Numbers No. Of Pkgs  Description of Pkgs.       Gross Weight   Measurement
                               4x40' Cont. s.t.c. 6180 CARTONS   31,845.90(Kg)  208.720 (CBM)
                               SHIPPER'S LOAD & COUNT & SEAL
                               TOTAL 79 WOODEN PALLETS INCLUDING
                               6170 CARTONS AND 10 CARTONS
Q-LINK
(IN DIA.)                      (NETWORK PRODUCT)
MIAMI                          RNT240700.A2G  500
220976                         DES3526E..A4G  100
P/NO.1-13                      IWA140NA.....B1G 4,000
220975                         IWLA6132LA...B3G  40
P/NO.1-8                       IWLG132NA.A3G 2,000
220974                         DES3526E..A4G  100
P/NO.1 & C/NO.1-8
220977
P/NO.1-15
221074
P/NO.1 & C/NO.1-2
591446
P/NO.1-41                      THIS SHIPMENT CONTAINS NO WOOD
MADE IN CHINA                  PACKING MATERIAL
----------------------------------------------------------------------------------
Total in Words.: FOUR (4) CONTAINERS ONLY

-Container\Size\Seal No.-----------Qty-Unit-----------------Status------WT8(KG)--(CBM)-
YMLU4399522  40'  YMLA109583     1x40' s.t.c. 1546 CARTONS    CY-CY    6903.00 51.470
DFSU4075850  40'  YMLA257520     1x40' s.t.c. 1920 CARTONS    CY-CY    9002.00 54.120
YMLU4864400  40'  YMLA257517     1x40' s.t.c. 1920 CARTONS    CY-CY    9002.00 54.120
YMLU4575007  40'  YMLA257511     1x40' s.t.c.  794 CARTONS    CY-CY    6938.90 49.010
```

```
YANG MING LINE HK        03/12/2007 05:45:49 PM    PAGE   1/002    Fax Server
```

## YANG MING LINE HK

Yang Ming Line (Hong Kong) Ltd.
Vantage Marks Transport Corporation
Bill of Lading (Draft)

| | | |
|---|---|---|
| **Shipper:**<br>M+R FORWARDING (HK) LTD.<br>7TH FLOOR, CENTRE POINT,<br>181-185 GLOUCESTER ROAD,<br>WANCHAI, HONG KONG | **WAYBILL**<br>Export References: | **B/L No:**<br>YMLUW301042796 |
| **Consignee:**<br>OCT GLOBAL LOGISTICS<br>11250 NW 25TH STREET SUITE 114, MIAMI FL<br>33172<br>TEL. : 305-468-3530<br>FAX. : 305-436-8169 | Forwarding Agent References: | |
| **Notify Party:**<br>SAME AS CONSIGNEE | **ALSO NOTIFY:** | |

| Precarried By: | Place of Receipt:<br>HONG KONG | Onward Inland Routing:<br>PORT TERMINAL |
|---|---|---|
| Vessel Voy No:<br>YM FOUNTAIN V- 38E | Port of Loading:<br>HONG KONG | |
| Port Of Discharge:<br>LOS ANGELES, CA | Place of Delivery:<br>LOS ANGELES, CA | Delivery Status:<br>NORMAL/PORT TERMINAL |
| MKS & NOS/CONTAINER: PKGS:<br>4 CTNR | DESCRIPTION OF GOODS:<br>SHIPPER'S LOAD AND COUNT.<br>S.T.C : 6180 CARTONS | MEASUREMENT:<br>208.720 CBM<br>31845.900 KGS |

```
D-LINK                    (NETWORK PRODUCT)              FREIGHT COLLECT
(IN DIA.)                                                LOADED ON M/V :
MIAMI                     ANT240700.A2G 500              YM FOUNTAIN
220976                    DES3526B..A4G 100              V-38E
P/NO.1-13                 IWA140NA.....B1G 4,000         VOY : 38E
220975                    IWLAG132IA...B3G 40            AT: HONG KONG
P/NO.1-8                  IWLG132NA.A3G 2,000            ON: DEC/01/2007
220974                    DES3526B..A4G 100              CRD:NOV/29/2007
P/NO.1 & C/NO.1-8
220977                    THIS SHIPMENT CONTAINS NO WOOD
P/NO.1-15                 PACKING MATERIAL
221074
P/NO.1 & C/NO.1-2

DFSU4075850  40'DC FCL/FCL YMLA257520   1920 CARTONS  9002.00KG 54.120CBM
YMLU4395221  40'DC FCL/FCL YMLA109583   1546 CARTONS  6903.00KG 51.470CBM
YMLU4375007  40'DC FCL/FCL YMLA257511    794 CARTONS  6938.90KG 49.010CBM
YMLU4864400  40'DC FCL/FCL YMLA257517   1920 CARTONS  9002.00KG 54.120CBM
                        Place and Date Of Issue: HONG KONG      DEC/01/2007
                                         On Board Date:          DEC/01/2007
                                                       B/LNo:YMLUW301042796

ITEMNO:CHG;  RATED:PER:CUR:  RATE:     PREPAID: COLLECT:
696307   OF  4.000 C4D USD   1650.00           6600.00
         SQ  2.000 C&N USD     25.00             50.00
         VS  4.000 C4D USD      6.00             24.00
         CY  4.000 C4D HKD   2855.00  11420.00
         DF  1.000 C&N HKD    125.00    125.00
```

| | | |
|---|---|---|
| Rate Of Exchange:<br>Number of original B/L(s):1<br>TTLPPD HKD 11545.00 | TOTAL: USD<br>HKD 11545.00 | 6674.00 |
| Payable At: | HONG KONG | LOS ANGELES |

P. S. Method of payment:
For U.S. Dollar - Please pay by Bank Draft with payee of "Yang Ming Line (Hong Kong) Ltd."
For H.K. Dollar - Please pay by Cash or by Cheque with payee of "Yang Ming Line (Hong Kong) Ltd."

**EXHIBIT B**

```
YANG MING LINE HK        03/12/2007 05:46:29 PM    PAGE   2/002    Fax Server
```

## YANG MING LINE HK

Yang Ming Line (Hong Kong) Ltd.
Yangming Marine Transport Corporation
B/L at Lading ( Short )

**ATTACHED LIST    YM FOUNTAIN 38E**

B/L NO : YMLUH301042796    SO NO :

**MARKS & DESCRIPTION**

591446
P/NO.1-41
MADE IN CHINA

**END OF ATTACHED LIST**

V. S. Method of payment:
For U.S. Dollar - Please pay by Bank Draft with payee of "Yang Ming Line (Hong Kong) Ltd."
For H.K. Dollar - Please pay by Cash or by Cheque with payee of "Yang Ming Line (Hong Kong) Ltd."

**DEPARTMENT OF HOMELAND SECURITY**
**Bureau of Customs and Border Protection**
**ENTRY SUMMARY**

NORMAN D. ARAUZ CHB
6000 BELLANCA AVE STE 112
LOS ANGELES CA 90045

Form Approved OMB No. 1651-0022

| Field | Value |
|---|---|
| 1. Entry No. | BZG-0000291-7 |
| 2. Entry Type Code | 01 ABI/N |
| 3. Entry Summary Date | 12/28/2007 |
| Import Team | 737 |
| 4. Entry Date | 12/15/2007 |
| 5. Port Code | 2704 |
| 6. Bond No. | 572 |
| 7. Bond Type Code | 8 |
| 8. Broker/Importer File No. | 291 |
| 10. Consignee No. | 42-162978500 |
| 11. Importer of Record Name and Address | DLINK LATIN AMERICA CO LTD, 11250 NW 25TH ST STE 114, MIAMI, FL 33172 |
| 12. Importer No. | 026201-00035 |
| 13. Exporting Country | HK |
| 14. Export Date | 12/02/2007 |
| 15. Country of Origin | CN |
| 19. B/L or AWB No. | YMLUW301042796 |
| 20. Mode of Transportation | 11 |
| 21. Manufacturer I.D. | HKDLINT223KWA |
| 23. Importing Carrier | YMLU YM FOUNTAIN |
| 24. Foreign Port of Lading | 58201 |
| 25. Location of Goods / G.O. No. | FIRMS CODE: Y773 - SOLAR INT'L (YANG MING) (SP 127) |
| 26. U.S. Port of Unlading | 2704 |
| 27. Import Date | 12/15/2007 |
| Voyage/Flight/Manifest | 38E |

9. Ultimate Consignee Name and Address:
CCT CORP
11250 NW 25TH ST STE 114
MIAMI, FL 33172

Shipper Reference No.: HK2489
State: FL

| 28. Line No. | 29. Description of Merchandise / 30. A. HTSUS No. B. ADA/CVD Case No. | 31. A. Gross Weight B. Manifest Qty. | 32. Net Quantity in HTSUS Units | 33. A. Entered Value B. CHGS | 34. A. HTSUS Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | 35. Duty and I.R. Tax (Dollars and Cents) |
|---|---|---|---|---|---|---|
| | I.T. DATE - I.T. NO. | MASTER BILL/AWB YMLUW301042796 | HOUSE BILL | SUBHOUSE BILL | BILL QTY 6,180CT | |
| 001 | MACHINES FOR RECEPTION, OTHER 8517.62.0050 | 25,016 KG | | N 587,400 C 1 | FREE | FREE |
| | 499 MERCHANDISE PROCESSING FEE 501 HARBOR MAINTENANCE FEE | | | | 0.21% 0.125% | 1,234.54 748.75 |
| 002 | OTHER CONTROL & ADAPTER UNITS 8471.80.1000 | 8,830 KG | 8,300 NO | N | FREE | FREE |
| | 499 MERCHANDISE PROCESSING FEE 501 HARBOR MAINTENANCE FEE | | | | | 342.81 209.88 |
| | BLOCK 39 SUMMARY 499 MPF (25.00 MINIMUM) 501 HMF TOTAL FEES | | $485.00 $950.83 $1,435.83 | | | |

Insurance Property Ins: 593,100 FREE - CCT Corporation NO182343A
Open Cargo Policy No: Indemnity Insurance Co. of North America
Insured Marine Value: 
Rate: $
Reference No.: 75-7 5 000/010
Insuring Conditions: 
All Risk: RPA Other
Deductible: (CONSIGNEE PAGE 2 OF 2)

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the
☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above.
OR
☒ owner or purchaser or agent thereof.

I further declare that the merchandise
☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true.
OR
☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate CBP officer any information showing a different state of facts.

| CBP USE | | TOTALS |
|---|---|---|
| A. Liq. Code | B. Ascertained Duty | 37. Duty 0.00 |
| | C. Ascertained Tax | 38. Tax 0.00 |
| | D. Ascertained Other | 39. Other 1,435.83 |
| | E. Ascertained Total | 40. Total 1,435.83 |

41. Signature of Declarant and Title     Date 12/15/2007
NORMAN D. ARAUZ CHB, ATTY-IN-FACT

PART 1 - RECORD COPY

CBP Form-7501 (6-03)

**EXHIBIT C**

# L &L TRUCKING COMPANY, L.L.C.        Bill No:      HK2489
LOCAL AND DOMESTIC TRUCKING

P.O. Box 1033
Hawthorne, CA 90251
Tel# (310) 644-3889 – Fax# (310) 644-7112

| | ORIGIN LAX | DESTINATION MIA | REF. NO. | |
|---|---|---|---|---|
| SHIPPER YANG MING | CONSIGNEE D-LINK C/O CCT CORPORATION | | CHARGES | |
| ADDRESS | ADDRESS 11250 NW 25TH STREET, STE# 114 | | ☒ PREPAID | |
| CITY LONG BEACH  STATE CA  ZIP | CITY MIAMI  STATE FL  ZIP 33172 | | ☐ COLLECT ☐ C.O.D. | |
| CONTACT WAYNE  PHONE 800-442-3646 | CONTACT MR. RODRIGUEZ  PHONE 786-200-8559 | | ☐ 3RD PARTY | |

## SERVICE REQUESTED

☐ OVERNIGHT  ☐ SECOND DAY  ☒ EXPRESS LTL  ☐ ECONOMY LTL  ☒ TRUCKLOAD

| PIECES | DESCRIPTION & MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|
| 3,521 | CTNS ELECTRICAL EQUIPMENT | 36,899 | | |
| | CONT# SEE BELOW | | | |

| SPECIAL INSTRUCTIONS / THIRD PARTY BILLING | QUOTE | | | OTHER | |
|---|---|---|---|---|---|
| YMLU4864400 = 3 SKIDS = 288 CNTS / YMLU2796 | DECLARED VALUE | | | EXCESS VALUE | |
| D LINK SYSTEM = 1 SKID CUST# 2199 & 2200 | PCS | L | W | H | BEYOND |
| DFSU4075850 = 20 SKIDS = 1920 CNTS / YMLU2796 YMLU4395221 = 17 SKIDS = 1312 CNTS / YMLU2796 WEIGHT IS ESTIMATED BASED ON DLINK / CCT INFORMATION. | | | | | |
| • Conditions of Contract and Carriage (Additional Terms and Conditions on reverse side and on file and available for review on request) | CONSIGNEE SIGNATURE | | | C.O.D. FEE | |
| LIMITATION OF LIABILITY. L & L Trucking shall not be liable for loss or damage in any amount to exceed $50 (fifty dollars U.S.) for any shipment of 100 pounds or less, and not exceeding 50¢ (fifty cents U.S.) per pound of each piece of the shipment that may have been lost, damaged, or destroyed. The only exception to this release price is if the shipper both declares a specific value in writing on this bill of lading before receipt of goods by L & L Trucking, and the shipper pays additional charges pertaining to that declared value. The shipper may also purchase insurance on the transportation of its freight from an insurance company. | DRIVER SIGNATURE | | | C.O.D. | |
| SHIPPER SIGNATURE | DATE | | | TIME | |
| DAMAGE WAIVER ABOVE INCLUDES UNLOADING AND PROPERTY DAMAGE x | | | | TOTAL CHARGE | |

TRUCK# (317)                      COMPANY High Nuder K/les
TRAILER# K24                      DRIVER NAME Edualdo Villar
SEAL# VL-246845                   LICENSE# V460-216-62-326-0
                                   TELEPHONE# (786) 287 9790

EXHIBIT D

₹J₹ 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o CCT GLOBAL LOGISTICS COMPANY

**DEFENDANTS**
MCL-MULTI CONTAINER LINE, INC. d/b/a TRANSPAC CARGOLINE, YANG MING LINES, LLC, WAYNE GATEWOOD d/b/a L&L TRUCKING COMPANY, LLC, and HIGHLANDER XPRESS, INC.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Miami Dade County, Florida
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

FILED by _____ D.C.
DEC 23 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Hamilton, Miller & Birthisel LLP
100 S. Ashley Dr., Ste. 1210
Tampa, FL  33602  (813)223-1900

Attorneys (If Known)

**(d)** Check County Where Action Arose:  ✓ MIAMI-DADE   ☐ MONROE   ☐ BROWARD   ☐ PALM BEACH   ☐ MARTIN   ☐ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE   ☐ HIGHLANDS

**II. BASIS OF JURISDICTION**   (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
✓ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ✓ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ✓ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ✓ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

Dade 08cv23540 - ATR/Brown

**IV. NATURE OF SUIT**   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ✗ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

**V. ORIGIN**  (Place an "X" in One Box Only)

✓ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).**  (See instructions second page):

a) Re-filed Case ☐ YES ☐ NO   b) Related Cases ☐ YES ✓ NO

JUDGE _____   DOCKET NUMBER _____

**VII. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

46 USC §§ 1300 - 1315 (COGSA) and 49 USC 14706 et seq.
Subrogated claim for cost of cargo

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 500,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ✓ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD  /s/ Jennifer Miller

DATE  12/23/08

FOR OFFICE USE ONLY
AMOUNT $350.00   RECEIPT # 992531
12/23/08