IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 08-23540-CIV-ALTONAGA/BROWN

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA, a/s/o CCT GLOBAL
LOGISTICS CO.,

    Plaintiff,

v

MCL-MULTI CONTAINER LINE, INC. d/b/a
TRANSPAC CARGOLINE, YANG MING
LINES, LLC, WAYNE GATEWOOD d/b/a
L & L TRUCKING COMPANY, LLC, and
HIGHLANDER XPRESS, INC.,

    Defendants.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

The Defendant, MCL-Multi Container Line, Inc., d/b/a Transpac Cargoline ("Transpac"), by and through undersigned counsel, hereby files its Answer and Affirmative Defenses to the Complaint, and states as follows:

1.  Admitted that this purports to be an admiralty and maritime claim within the jurisdiction of this Court.

2.  Transpac is without sufficient knowledge to either admit or deny the allegations contained in paragraph 2.

3.  Admitted.

4. Transpac is without sufficient knowledge to either admit or deny the allegations contained in paragraph 4.

5. Transpac is without sufficient knowledge to either admit or deny the allegations contained in paragraph 5.

6. Transpac is without sufficient knowledge to either admit or deny the allegations contained in paragraph 6.

7. Admitted only that the Bill of Lading attached to the Complaint as Exhibit "A" speaks for itself.

8. Admitted only that the Bill of Lading attached to the Complaint as Exhibit "B" speaks for itself.

9. Transpac is without sufficient knowledge to either admit or deny the allegations contained in paragraph 9.

10. Transpac is without sufficient knowledge to either admit or deny the allegations contained in paragraph 10.

11. Transpac is without sufficient knowledge to either admit or deny the allegations contained in paragraph 11.

12. Transpac denies that it failed to deliver the cargo and further denies that it breached or violated any duties as a common carrier.

13. Transpac is without sufficient knowledge to either admit or deny the allegations contained in paragraph 13.

14. Admitted only that CCT was the consignee and that Plaintiff purports to bring this action as subrogee.

15. Transpac is without sufficient knowledge to either admit or deny the allegations contained in paragraph 15.

16. Transpac is without sufficient knowledge to either admit or deny the allegations contained in paragraph 16.

## COUNT I

17. Transpac realleges and reincorporates paragraphs 1 through 16 as if fully set forth herein.

18. Admitted that Transpac contracted and agreed to transport cargo as reflected in Exhibit A. Denied that Transpac breached any contract by failing to deliver the cargo.

19. Denied.

## COUNT II

20. Transpac realleges and reincorporates paragraphs 1 through 19 as if fully set forth herein.

21. Admitted only that CCT delivered possession of the cargo to Transpac.

22. Denied.

23. Denied.

## COUNT III

24. Transpac realleges and reincorporates paragraphs 1 through 23 as if fully set forth herein.

25. Admitted only that Transpac had certain duties, which duties were fulfilled by Transpac.

26. Denied.

27. Denied.

**BALES SOMMERS & KLEIN, P.A.**
ONE BISCAYNE TOWER ♦ 2 SOUTH BISCAYNE BOULEVARD ♦ SUITE 1881 ♦ MIAMI, FLORIDA 33131
TELEPHONE (305) 372-1200 ♦ FACSIMILE (305) 372-9008

## COUNT IV

28. Transpac realleges and reincorporates paragraphs 1 through 27 as if fully set forth herein.

29. Admitted.

30. Denied.

31. Denied.

## COUNT V

32. Transpac realleges and reincorporates paragraphs 1 through 31 as if fully set forth herein.

33. Admitted.

34. Denied.

35. Denied.

## AFFIRMATIVE DEFENSES

1. The Plaintiff's claims against Transpac are barred because Transpac fulfilled its obligations by delivering the cargo to California in the same good order and condition as which it was received.

2. The Plaintiff's claims against Transpac are barred because any failure to deliver the cargo to CCT Global Logistics was the sole and proximate fault of parties other than Transpac.

BALES SOMMERS & KLEIN, P.A.
Attorneys for Defendant
One Biscayne Tower
2 S. Biscayne Blvd., Suite 1881
Miami, Florida 33131
Telephone:   305-372-1200
Facsimile:   305-372-9008
e-mail: jklein@bsklawyers.com

By_____
Jason Klein
Florida Bar No. 0129097

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by electronic filing this 26th day of January, 2009 to:

Jennifer Quildon Miller, Esq.
Robert B. Birthisel, Esq.
Jules V. Massee, Esq.
HAMILTON, MILLER & BIRTHISEL, LLP
100 S. Ashley Drive, Suite 1210
Tampa, Florida 33602

_____
Jason Klein