IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 08-23540-CIV-ALTONAGA/BROWN

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA, a/s/o CCT GLOBAL
LOGISTICS CO.,

        Plaintiff,

v

MCL-MULTI CONTAINER LINE, INC. d/b/a
TRANSPAC CARGOLINE, YANG MING
LINES, LLC, WAYNE GATEWOOD d/b/a
L & L TRUCKING COMPANY, LLC, and
HIGHLANDER XPRESS, INC.,

        Defendants.
_____/

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

The Defendant, MCL-Multi Container Line, Inc., d/b/a Transpac Cargoline ("Transpac"), by and through undersigned counsel, hereby files this Certificate of Interested Parties and Corporate Disclosure Statement and states as follows:

1. The following is a complete list of all persons, associated persons, firms, partnerships or corporations known to the Defendant to have a financial interest in the outcome of this case:

  a. Indemnity Insurance Company of North America, a/s/o CCT Global Logistics Co.;
  b. MCL-Multi Container Line, Inc. d/b/a Transpac Cargoline;
  c. Yang Ming Lines, LLC;
  d. Wayne Gatewood d/b/a L & L Trucking Company, LLC; and
  e. Highlander Xpress, Inc.

1

**BALES SOMMERS & KLEIN, P.A.**
ONE BISCAYNE TOWER ♦ 2 SOUTH BISCAYNE BOULEVARD ♦ SUITE 1881 ♦ MIAMI, FLORIDA 33131
TELEPHONE (305) 372-1200 ♦ FACSIMILE (305) 372-9008

BALES SOMMERS & KLEIN, P.A.
Attorneys for Defendant
One Biscayne Tower
2 S. Biscayne Blvd., Suite 1881
Miami, Florida 33131
Telephone:   305-372-1200
Facsimile:   305-372-9008
e-mail: jklein@bsklawyers.com

By_____
Jason Klein
Florida Bar No. 0129097

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by electronic filing this 9 day of February, 2009 to:

Jennifer Quildon Miller, Esq.
Robert B. Birthisel, Esq.
Jules V. Massee, Esq.
HAMILTON, MILLER & BIRTHISEL, LLP
100 S. Ashley Drive, Suite 1210
Tampa, Florida 33602

_____
Jason Klein